PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ARTHUR POUSH,<br>ROSA FERNANDEZ,<br>TIMOTHY ROBERT HINGSTON, and<br>DALE VINCENT PEREZ,<br><br>Defendants. | CASE NO. 1:22-CR-00310-JLT-SKO<br><br>STIPULATION AND PROTECTIVE ORDER |

WHEREAS, the discovery in this case involves information, including documentation, photographs, audio recordings, and video recordings, related to a confidential informant whose safety may be compromised if their identity were disclosed (the "Protected Information"); and

WHEREAS, the parties desire to have the Protected Information produced to undersigned defense counsel;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, William Arthur Poush, Rosa Fernandez, Timothy Robert Hingston, and Dale Perez ("Defendants")[1], by and through their counsel of record, respectively, Eric Kersten, Steven Crawford, Timothy Hennessy, and John Garland ("Defense Counsel"), and the United States of

---

[1] Defendant Spencer Matthew Hopper has not yet made his initial appearance in this District.

STIPULATION FOR PROTECTIVE ORDER                    1

America, by and through Assistant United States Attorney Jessica A. Massey, hereby agree and stipulate as follows:

    1.    This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

    2.    This Order pertains to the Protected Information, the Bates numbers pertaining to which will be specified when produced to Defense Counsel ("the discovery").  This Order also relates to any verbal communications between the government and Defense Counsel about the confidential informant.

    3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents, recordings, or other information, verbal or written, that contain Protected Information with anyone other than defense investigators and support staff.  Defense Counsel may permit Defendants to review un-redacted documents in the presence of their attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff (the "defense team" for each respective defendant) shall not allow Defendants or anyone else outside of the defense team to copy or retain Protected Information contained in the discovery.

    4.    The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the government.  Defense Counsel will return the discovery to the government or certify that it has been destroyed at the conclusion of the case.

    5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.    Defense Counsel shall be responsible for advising Defendant, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel *unless and until* substituted counsel agrees also to be bound by this Order.

    8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked.  Defense Counsel agrees to return the discovery to the Government in its complete form if the

///

terms of this Order are modified or revoked if so requested by the United States.

IT IS SO STIPULATED.

DATED: November 18, 2022        PHILLIP A. TALBERT
                                United States Attorney

                                By: /s/ *Jessica A. Massey*
                                JESSICA A. MASSEY
                                Assistant U.S. Attorney

DATED: November 18, 2022        By: /s/ Eric Kersten
                                ERIC KERSTEN
                                Attorney for Defendant
                                WILLIAM ARTHUR POUSH

DATED: November 18, 2022        By: /s/ Steven Crawford
                                STEVEN CRAWFORD
                                Attorney for Defendant
                                ROSA FERNANDEZ

DATED: November 18, 2022        By: /s/ Timothy Hennessy
                                TIMOTHY HENNESSY
                                Attorney for Defendant
                                DALE VINCENT PEREZ

DATED: November 18, 2022        By: /s/ John Garland
                                JOHN GARLAND
                                Attorney for Defendant
                                TIMOTHY ROBERT HINGSTON

IT IS SO ORDERED.

Dated:  **November 28, 2022**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE