PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ARTHUR POUSH,<br>ROSA FERNANDEZ,<br>TIMOTHY ROBERT HINGSTON,<br>SPENCER MATTHEW HOPPER, and<br>DALE VINCENT PEREZ,<br><br>Defendants. | CASE NO.  1:22-CR-00310-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: February 15, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1. By previous order, this matter was set for status on February 15, 2023.

2. By this stipulation, defendants now move to continue the status conference until May 17, 2023, and to exclude time between February 15, 2023, and May 17, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. While the parties anticipate that the case may resolve without a trial, this is not yet a certainty.  If defendants ultimately do not enter guilty pleas and decide to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

   a) This case arose out of a wiretap investigation.  The government asserts the discovery associated with this case includes reports, photographs, and extensive audio and video

recordings.  Initial discovery has been provided to all counsel.  The government anticipates significant additional discovery will be provided in the coming week.  The government is aware of its ongoing discovery obligations.

    b)  The government is amendable to providing plea offers to defendants if requested.

    c)  Counsel for all defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

    d)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  The government does not object to the continuance.

    f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 15, 2023, to May 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

///
///
///
///
///
///

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 8, 2023     PHILLIP A. TALBERT
United States Attorney

By: /s/ Jessica A. Massey
JESSICA A. MASSEY
Assistant U.S. Attorney

DATED: February 8, 2023     By: /s/ Eric Kersten
ERIC KERSTEN
Attorney for Defendant
WILLIAM ARTHUR POUSH

DATED: February 8, 2023     By: /s/ Steven Crawford
STEVEN CRAWFORD
Attorney for Defendant
ROSA FERNANDEZ

DATED: February 8, 2023     By: /s/ Timothy Hennessy
TIMOTHY HENNESSY
Attorney for Defendant
DALE VINCENT PEREZ

DATED: February 8, 2023     By: /s/ John Garland
JOHN GARLAND
Attorney for Defendant
TIMOTHY ROBERT HINGSTON

DATED: February 8, 2023     By: /s/ W. Scott Quinlan
W. SCOTT QUINLAN
Attorney for Defendant
SPENCER MATTHEW HOPPER

**ORDER**

IT IS SO ORDERED.

DATED: 2/9/2023

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE