PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WILLIAM ARTHUR POUSH,<br>ROSA FERNANDEZ,<br>TIMOTHY ROBERT HINGSTON,<br>SPENCER MATTHEW HOPPER, and<br>DALE VINCENT PEREZ,<br><br>            Defendants. | CASE NO. 1:22-CR-00310-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: May 17, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1.      By previous order, this matter was set for status on May 17, 2023.

2.      By this stipulation, defendants now move to continue the status conference until October 4, 2023, and to exclude time between May 17, 2023, and October 4, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The Court issued a minute order directing the parties to file a stipulation or status memo by May 10, 2023. The assigned AUSA is in the process of leaving the U.S. Attorney's Office, and in the process of transferring cases, the parties missed the deadline for the stipulation.  +

4.      While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. If defendants ultimately do not enter guilty pleas and decide to proceed to trial, the parties

agree and stipulate, and request that the Court find the following:

      a)      This case arose out of a wiretap investigation. The government asserts the discovery associated with this case includes reports, photographs, and extensive audio and video recordings. Initial discovery has been provided to all counsel. The government anticipates significant additional discovery will be provided in the coming week. The government is aware of its ongoing discovery obligations.

      b)      The government is amendable to providing plea offers to defendants if requested.

      c)      Counsel for all defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

      d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 17, 2023, to October 4, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

1  must commence.

2       IT IS SO STIPULATED.

3

4       DATED:   May 11, 2023            PHILLIP A. TALBERT
                                         United States Attorney

5
                                         By: /s/ Kimberly A. Sanchez
6                                        KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney
7

8       DATED:  :  May 11, 2023          By: /s/ Eric Kersten
                                         ERIC KERSTEN
9                                        Attorney for Defendant
                                         WILLIAM ARTHUR POUSH
10

11      DATED:  :  May 11, 2023          By: /s/ Steven Crawford
                                         STEVEN CRAWFORD
12                                       Attorney for Defendant
                                         ROSA FERNANDEZ
13

14      DATED:  :  May 11, 2023          By: /s/ Timothy Hennessy
                                         TIMOTHY HENNESSY
15                                       Attorney for Defendant
                                         DALE VINCENT PEREZ
16

17      DATED:   February 8, 2023        By: /s/ John Garland
                                         JOHN GARLAND
                                         Attorney for Defendant
18                                       TIMOTHY ROBERT HINGSTON

19      DATED:  :  May 11, 2023          By: /s/ W. Scott Quinlan
                                         W. SCOTT QUINLAN
20                                       Attorney for Defendant
                                         SPENCER MATTHEW HOPPER
21

22                              **ORDER**

23      IT IS SO ORDERED.

24

25
   DATED: 5/11/2023                      _Sheila K. Oberto_
26                                       HON. SHEILA K. OBERTO
                                         UNITED STATES MAGISTRATE JUDGE
27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                    3