PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ARTHUR POUSH,<br>ROSA FERNANDEZ,<br>TIMOTHY ROBERT HINGSTON,<br>SPENCER MATTHEW HOPPER, and<br>DALE VINCENT PEREZ,<br><br>Defendants. | CASE NO. 1:22-CR-00310-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: October 4, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1. By previous order, this matter was set for status on October 4, 2023.

2. By this stipulation, defendants now move to vacate the status conference, set a trial date for August 20, 2024, and to exclude time between October 4, 2023, and August 20, 2024, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. The parties agree and stipulate, and request that the Court find the following:

   a) This case arose out of a wiretap investigation. The government asserts the discovery associated with this case includes reports, photographs, and extensive audio and video recordings. Initial discovery has been provided to all counsel. The government anticipates

significant additional discovery will be provided in the coming week.  The government is aware of its ongoing discovery obligations.

   b) Counsel for all defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2023, to August 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 26, 2023   PHILLIP A. TALBERT
             United States Attorney

             By: /s/ *Kimberly A. Sanchez*
             KIMBERLY A. SANCHEZ
             Assistant U.S. Attorney

| | | |
|---|---|---|
| DATED: September 26, 2023 | By: | /s/ Eric Kersten |
| | | ERIC KERSTEN |
| | | Attorney for Defendant |
| | | WILLIAM ARTHUR POUSH |
| DATED: September 26, 2023 | By: | /s/ Steven Crawford |
| | | STEVEN CRAWFORD |
| | | Attorney for Defendant |
| | | ROSA FERNANDEZ |
| DATED: September 26, 2023 | By: | /s/ Timothy Hennessy |
| | | TIMOTHY HENNESSY |
| | | Attorney for Defendant |
| | | DALE VINCENT PEREZ |
| DATED: September 26, 2023 | By: | /s/ John Garland |
| | | JOHN GARLAND |
| | | Attorney for Defendant |
| | | TIMOTHY ROBERT HINGSTON |
| DATED: September 26, 2023 | By: | /s/ W. Scott Quinlan |
| | | W. SCOTT QUINLAN |
| | | Attorney for Defendant |
| | | SPENCER MATTHEW HOPPER |

**ORDER**

IT IS SO ORDERED.

DATED: 9/27/2023

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE