PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00310-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SCHEDULE A CHANGE OF PLEA; ORDER |
| v. | |
| WILLIAM ARTHUR POUSH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 20, 2024. ECF 83. Time was previously excluded through August 20, 2024. *Id*.

2. By this stipulation, defendant now moves to vacate the trial and schedule a change of plea for August 12, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government asserts the discovery associated with this case includes reports, photographs, and recordings; initial discovery has been provided to defense counsel. The government is aware of its ongoing discovery obligations.

1

b) Counsel for the parties are engaged in active plea negotiations. On June 26, 2024, based on ongoing discussions, the Government provided Defense counsel a revised plea agreement. Defense counsel requires additional time to discuss the terms of the plea with his client.

c) However, the parties believe this case will resolve short of trial and therefore request to vacate the trial date. The parties request to schedule a change of plea on August 12, 2024, the earliest available date the parties are available.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: July 1, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: July 1, 2024

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
WILLIAM ARTHUR POUSH

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **July 2, 2024**

UNITED STATES DISTRICT JUDGE

2