| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
WILLIAM POUSH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00310 JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | Date:  January 13, 2024 |
| WILLIAM POUSH, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Arin Heinz, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant William Poush, that the sentencing hearing scheduled for November 4, 2024 may be continued to January 13, 2025.

This continuance is requested to allow defense counsel time to conduct additional investigation and obtain documents that are relevant and necessary to properly represent Mr. Poush at sentencing.

The parties agree that all time through the proposed January 13, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: September 18, 2024 | /s/ *Arin Heinz*<br>ARIN HEINZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 18, 2024 | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>WILLIAM POUSH |

**ORDER**

**IT IS SO ORDERED**. Sentencing for William Poush in Case No. 1:22-cr-00310 JLT-SKO is continued to January 13, 2025.

IT IS SO ORDERED.

Dated:   **September 19, 2024**

UNITED STATES DISTRICT JUDGE