HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
WILLIAM POUSH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM POUSH,<br><br>　　　　　　Defendant. | Case No. 1:22-cr-00310 JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date: February 3, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Arin Heinz, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant William Poush, that the sentencing hearing scheduled for January 13, 2025 may be continued to February 3, 2025.

　　　　This continuance is requested because defense counsel is scheduled for use or lose annual leave from the afternoon of December 23, 2024 through January 10, 2025, and the requested continuance will allow defense counsel time to conduct additional investigation and prepare sentencing memoranda that are relevant and necessary to properly represent Mr. Poush at sentencing.

　　　　The parties agree that all time through the proposed January 13, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

1  3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and
2  continuity of counsel, and the delay results from a continuance granted by the Court at the
3  parties' request on the basis of the Court's finding that the ends of justice served by taking such
4  action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: December 13, 2024

/s/ *Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 13, 2024

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
WILLIAM POUSH

## ORDER

**IT IS SO ORDERED**. Sentencing for William Poush in Case No. 1:22-cr-00310 JLT-SKO is continued to February 3, 2025.

DATED: December  16 , 2024.

Hon. Jennifer L. Thurston
Judge, United States District Court

Poush: Stipulation to
Continue Sentencing

-2-