HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
WILLIAM POUSH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00310 JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | Date: February 24, 2025 |
| WILLIAM POUSH, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Arin Heinz, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant William Poush, that the sentencing hearing scheduled for February 3, 2025 may be continued to February 24, 2025.

This continuance is requested because defense counsel will continue to represent Mr. Poush, but he is currently in the process of transitioning from the Office of the Federal Defender to the CJA panel, and additional time is also needed to obtain documentation relevant to Mr. Poush's sentencing the requested continuance will allow time to obtain the anticipated documentation so it can be considered at sentencing.

The parties agree that all time through the proposed January 13, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

1  3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and

2  continuity of counsel, and the delay results from a continuance granted by the Court at the

3  parties' request on the basis of the Court's finding that the ends of justice served by taking such

4  action outweigh the best interest of the public and the defendant in a speedy trial.

5

6                                              Respectfully submitted,

7                                              MICHELE BECKWITH
                                               Acting United States Attorney

8

9  DATED:  January 16, 2025                    /s/ Arin Heinz
                                               ARIN HEINZ
10                                             Assistant United States Attorney
                                               Attorney for Plaintiff

11

12                                             HEATHER E. WILLIAMS
                                               Federal Defender

13

14  DATED:  January 16, 2025                   /s/ Eric V. Kersten
                                               ERIC V. KERSTEN
15                                             Assistant Federal Defender
                                               Attorney for Defendant
16                                             WILLIAM POUSH

17

18

19                                **ORDER**

20         Sentencing for William Poush in Case No. 1:22-cr-00310 JLT is continued to February

21  24, 2025.

22

23  IT IS SO ORDERED.

24     Dated:   **January 16, 2025**                _____
                                                    UNITED STATES DISTRICT JUDGE
25

26

27

28