1  HEATHER E. WILLIAMS, Bar # 122664
   Federal Defender
2  Eric V. Kersten, Bar # 226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2228
4  Telephone: 559.487.5561
   eric_kersten@fd.org
5
   Attorney for Defendant
6  William Arthur Poush

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:22-cr-00310 JLT-SKO-1
12 |        *Plaintiff,*       | **ORDER RE MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL AND APPOINT *AD HOC* CJA COUNSEL WITH DEFENDANT'S CONSENT**
13 |        vs.                |
14 | WILLIAM ARTHUR POUSH,     |
15 |        *Defendant.*       |

16

17        IT IS HEREBY ORDERED that the Federal Defender's request to withdraw as counsel

18 of record beginning February 1, 2025, is GRANTED. Eric V. Kersten, Esq. is appointed as *ad*

19 *hoc* CJA counsel, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA

20 Plan, General Order 671, §XI.C.

21

22 IT IS SO ORDERED.

23 Dated:  **January 24, 2025**              /s/ *Sheila K. Oberto*
24                                         UNITED STATES MAGISTRATE JUDGE