ERIC V. KERSTEN, #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258

Attorney for Defendant
WILLIAM POUSH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00310 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | Date:  March 10, 2025 |
| WILLIAM POUSH, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Arin Heinz, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant William Poush, that the sentencing hearing scheduled for February 24, 2025 may be continued to March 10, 2025.

The parties are engaged in negotiations and investigation regarding the possible resolution of disputed sentencing issues. This continuance is requested to allow time to finalize thEse efforts to possibly resolve the disputed matters prior to sentencing.

The parties agree that all time through the proposed March 13, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and continuity of counsel, and the delay results from a continuance granted by the Court at the

///

parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                    Respectfully submitted,

                                                    MICHELE BECKWITH
                                                    Acting United States Attorney

DATED: February 10, 2025              /s/ *Arin Heinz*
                                                    ARIN HEINZ
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

DATED: February 10, 2025              /s/ *Eric V. Kersten*
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    WILLIAM POUSH

## ORDER

Sentencing for William Poush in Case No. 1:22-cr-00310 JLT is continued to March 10, 2025.

IT IS SO ORDERED.

Dated:   **February 10, 2025**                                                      
                                                                       UNITED STATES DISTRICT JUDGE