ERIC V. KERSTEN, #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258

Attorney for Defendant
WILLIAM POUSH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>WILLIAM POUSH,<br><br>               Defendant. | Case No.  1:22-cr-00310 JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:  March 24, 2025<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Arin Heinz, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Esq., counsel for defendant William Poush, that the sentencing hearing scheduled for March 10, 2025 may be continued to March 24, 2025.

The parties are engaged in negotiations and investigation regarding the possible resolution of disputed sentencing issues. This continuance is requested to allow additional time to finalize these efforts to possibly resolve the disputed matters prior to sentencing.

The parties agree that all time through the proposed March 24, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and continuity of counsel, and the delay results from a continuance granted by the Court at the

///

parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                Respectfully submitted,

                                                MICHELE BECKWITH
                                                Acting United States Attorney

DATED: February 24, 2025                  /s/ *Arin Heinz*
                                                ARIN HEINZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: February 24, 2025                  /s/ *Eric V. Kersten*
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                WILLIAM POUSH

### ORDER

**IT IS SO ORDERED**. Sentencing for William Poush in Case No. 1:22-cr-00310 JLT is continued to March 24, 2025.

IT IS SO ORDERED.

Dated:   **February 24, 2025**                                  /s/ Jennifer L. Thurston
                                                              UNITED STATES DISTRICT JUDGE