MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00310-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| WILLIAM ARTHUR POUSH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for sentencing on March 24, 2025.
2. The parties hereby request to continue the sentencing until April 7, 2025, due to an ongoing emergency situation that the assigned AUSA is dealing with.

IT IS SO STIPULATED.

Dated: March 20, 2025                              MICHELE BECKWITH
                                                                    Acting United States Attorney


                                                                    /s/ ARIN C HEINZ
                                                                    ARIN C HEINZ
                                                                    Assistant United States Attorney

1

Dated:  March 20, 2025

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
WILLIAM ARTHUR POUSH

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 21, 2025**

UNITED STATES DISTRICT JUDGE

2