1  ERIC V. KERESTEN, CA BAR #226429
   Attorney at Law
2  1125 T Street
   Fresno, CA 93721
3  Telephone: (559) 326-6258
   eric@kerstenlegal.com
4

5  Attorney for Defendant William Arthur Poush.

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       No. 1:22-CR-00310-JLT-SKO

12         Plaintiff,

13     v.                                **MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD AND ORDER**

14  WILLIAM ARTHUR POUSH,

15         Defendant.

16

17

18

19        On November 18, 2022, Defendant William Arthur Poush. was indicted on federal

20  charges. CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Mr.

21  Poush on January 27, 2025 in his criminal case. Mr. Poush was sentenced pursuant to a plea

22  agreement on April 7, 2025. The time for filing a direct appeal was April 25, 2025. No direct

23  appeal was filed. Mr. Poush was in custody at sentencing. The trial phase of Mr. Poush's criminal

24  case has, therefore, come to an end. Having completed his representation of Mr. Poush, CJA

25  attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

26        Should Mr. Poush require further legal assistance he has been advised to contact the

27  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

28

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: June 23, 2025                             Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
William Arthur Poush

# ORDER

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant William Arthur Poush at the following address and to update the docket to reflect Defendant's pro se status and contact information.

WILLIAM ARTHUR POUSH, Reg. No. 29968-510
USP Atwater
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA   95301

IT IS SO ORDERED.

Dated:   **June 23, 2025**

UNITED STATES DISTRICT JUDGE